# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00577-CV

**In re Rodney L. Paramoure**

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Rodney L. Paramoure filed a motion for temporary relief and a petition for writ of mandamus. We overrule the motion and deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Filed:   October 19, 2007